UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Darrin Hannibal, et al.

v.                                              Case Number: 4:22–cv–01330

Harris County Constable Precinct One, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
Courtroom 11C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/13/2024

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Docket Call

Date:   December 4, 2024                                              Nathan Ochsner, Clerk