UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-01330 |
|---|---|---|---|

Charisma Hannibal

*versus*

Sharmayne Ivory

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Harold V. Dutton, Jr.<br>Dutton Law Firm<br>3801 Kirby Drive, Suite 411<br>Houston, Texas 77098<br>713-659-5998; theduttonlawfirm@yahoo.com<br>Texas Bar No. 06293050 |
|---|---|

| Name of party applicant seeks to appear for: | Charisma Hannibal |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ✔   No ___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/4/24    Signed: /s/ Harold Dutton

The state bar reports that the applicant's status is:

Dated: ___    Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____

United States District Judge

Response of Attorney Harold V. Dutton, Jr.

To

Judgment by Texas Bar on November 9, 2005

**FACTUAL SUMMARY:**

1. Client filed suit in federal court over the arrest of his minor son.
2. After filing the lawsuit, Client approached Attorney Dutton about signing on as the attorney and Client told Attorney Dutton that the arrest of Client's son had resulted in the officer's termination.
3. Attorney Dutton signed on as the attorney representing the Client without imposing any advance of legal fees, but after entering the case, Attorney Dutton discovered that the arresting officer had been terminated solely because of assaulting a female and the officer's termination had nothing to do with Client's son's arrest.
4. Attorney Dutton spoke with Client and explained that these new facts did not support the claims the Client had alleged in the lawsuit or those shared with Attorney Dutton. Attorney Dutton would withdraw from the case.
5. Attorney Dutton explained to the Client that Attorney Dutton would now withdraw from the case and told the Client to come and pick up Client's file which the Client had previously delivered to Attorney Dutton' law office.
6. Prior to Client picking up his file, the Defendant filed a Motion for Summary Judgment which was granted on September 6, 2002, absent a response from Attorney Dutton or the Client.

**JUDGMENT:**

1. On November 4, 2005, following a hearing, the State Bar Grievance Committee entered a judgment of a one-year fully probated sentence against Attorney Dutton for the following:
    a. Failing to keep a client reasonably informed and failing to promptly comply with reasonable information;
    b. Failing to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation; and
    c. Upon termination of representation, failing to take steps to the extent reasonably practicable to protect a client' interests and failing to surrender papers and file to the client