United States Courts
Southern District of Texas
**FILED**

JAN 0 2 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHARISMA HANNIBAL** | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:22-CV-01330 |
| | § | (JURY REQUESTED) |
| **SHARMAYNE IVORY** | § | |
|     Defendant | § | |

## NOTICE OF INTENTION TO INTRODUCE
### BUSINESS RECORDS AFFIDAVITS OF SONDRA CLARK, GLENN P. SMITH AND NICOLE SIMMONS

.TO THE HONORABLE JUDGE WAYNE P. TIPTON:

COMES NOW, Plaintiff Charisma Hannibal, and hereby gives notice to all parties that she intends to introduce business Records Affidavits Sondra Clark (HPD); Glenn P. Smith (Harris Health); and Nicole Simmons (HFD), together with the exhibits thereto at the trial of this matter.

Respectfully submitted,

DUTTON LAW FIRM
3801 Kirby Drive, Ste. 411
Houston, Texas 77098
(713) 659-5998
theduttonlawfirm@yahoo.com

By: _Harold V. Dutton, Jr._
HAROLD V. DUTTON, JR.

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify the on this the 2nd day of January, 2025, a true and correct copy of the above Notice was forwarded to all council of record via ECF.

_/s/ Harold V. Dutton, Jr._
HAROLD V. DUTTON, JR.