UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Darrin Hannibal, et al.

v.                                        Case Number: 4:22−cv−01330

Harris County Constable Precinct One, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

Joint Pretrial Order due 2/20/2025. Joint Pretrial Order should be filed/re−filed in accordance with the Court's updated Procedures found on the SDTX Website.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
Courtroom 8C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/6/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Docket Call

Date:   January 31, 2025                                        Nathan Ochsner, Clerk