United States District Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHARISMA HANNIBAL,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-CV-01330 |
| **SHARMAYNE IVORY,** | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order signed by the Court on this date, this case is **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiff is denied. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on February 14, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**