# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHARISMA HANNIBAL | § § | Civil Action No. 4:22-cv-01330 |
| Plaintiff, | § § | (JURY REQUESTED) |
| v. | § § | |
| SHARMAYNE IVORY | § § | |
| Defendant. | § § | |

## ORDER ON TO PLAINTIFF'S MOTION FOR NEW TRIAL

The Court, having considered *Plaintiff's Motion for New Trial*, (Dkt. No. 80), the evidence, and the responses and arguments of counsel, find that the motion should be DENIED.

It is SO ORDERED.

Signed on _____.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE